TRINA A. HIGGINS, Acting United States Attorney (#7349)
BRYANT L. WATSON, Assistant United States Attorney (#16980)
Attorneys for the United States of America
111 South Main Street, 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT AUTHORIZING THE SEIZURE OF DNA FROM DANIEL FAGALUA MAUMAU VIA BUCCAL SWAB | CASE NO. 2:24mj1194 CMR  <br><br>AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT |

Your affiant, Kevin Worwood, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND OFFICER BACKGROUND

1. Your affiant makes this affidavit in support on an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the examination of a person, who is more fully described in Attachment A, and the seizure of items from that person, more fully described in Attachment B.

2. Your affiant, Detective Worwood, is a sworn law enforcement officer with the Sandy Police Department (SPD). Currently, your affiant is assigned to the Salt Lake County Metro Gang Unit (MGU) and the ATF as a task force officer.

3. The statements in this affidavit do not contain all known information but rather only those facts believed necessary to establish probable cause for this search warrant. Your affiant is familiar with the facts and circumstances set forth herein as a result of a review of

official reports and records, conversations with other law enforcement officers, and my own training, experience, and investigative activity, as more fully described below.

## PROBABLE CAUSE

<u>In a backpack at MAUMAU's residence, a firearm was found along with his paperwork.</u>

4. On March 22, 2024, local police officers and federal agents assigned to the Violent Fugitive Apprehension Strike Team (VFAST) attempted to locate MICHAEL ANTHONY GUTIERREZ. GUTIERREZ had multiple arrest warrants issued by the Utah Third District Court, including a no bail warrant for an August 27, 2022 incident involving unlawful possession of a financial transaction card. At the time, GUTIERREZ was also supervised by Utah Adult Probation and Parole (AP&P) for felony probation and was also found to be an AP&P fugitive.

5. A VFAST task force officer was able to locate and observe GUTIERREZ at 6659 South Pine Landing Way in West Jordan, Utah. This residence was discovered by officers to belong to DANIEL FAGALUA MAUMAU, who was found to currently be on felony probation being supervised by Utah AP&P.

6. A Utah state search warrant was authored by a Sandy Police Department officer, who is also a Deputy U.S. Marshal assigned to VFAST. The warrant was signed by the Honorable Judge Paul Thompson of the Third District Courts of Utah. The warrant was granted on the residence for GUITERREZ person and also requested to search for other evidentiary items to include but not limited to; cellular devices, firearms, illegal narcotics, stolen property, and residency paperwork. MAUMAU exited the residence at the request of U.S. Marshals and a few minutes later, GUTIERREZ also exited the residence, where both were taken into custody.

7. The search warrant was then served on the residence where both GUTIERREZ and MAUMAU were called out from. During the service of the warrant, agents located a dinner plate in the kitchen with a white crystal substance on it, consistent with methamphetamine. There was also a glass pipe with burnt residue found in the kitchen next to the plate containing suspected methamphetamine. In a bedroom within the residence, agents located a shoebox containing a large amount of United States currency, found to be over $6,000. In another bedroom, agents located a black backpack sitting on the bed. Inside of the backpack, agents located a Rock Island Armory 1911 model firearm. The frame and slide of the firearm were silver with brown wooden grips. The firearm was found to be .38 special caliber with a serial number of RIA2673679. The firearm was found to be loaded with one round in the chamber and six additional rounds in the magazine. There was also paperwork found in the same backpack, which paperwork had the name and information for MAUMAU on it.



8. After his arrest, MAUMAU declined to speak with law enforcement. The requested DNA evidence, in conjunction with forensic swabs of the firearm, will therefore aid law enforcement in establishing MAUMAU as someone who possessed the firearm.

9. Based on the facts and circumstances described herein, I submit there is probable cause to believe that DANIEL FAGALUA MAUMAU's DNA contains evidence of a violation of 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition. I therefore respectfully request that the attached warrant be issued.

10. The forgoing information is true and correct to the best of my knowledge and belief.

DATED this 17th day of December, 2024.

/S/
_____
KEVIN WORWOOD,
Detective, Sandy City Police Department
ATF Task Force Officer


SUBSCRIBED and SWORN BEFORE ME:

*Cecilia M. Romero*
_____
CECILIA M. ROMERO
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF UTAH

## ATTACHMENT A
**Person to be Searched**

The person of DANIEL FAGALUA MAUMAU, DOB 04/28/1986, currently housed at the Utah State Correctional Facility in Salt Lake City, Utah.

## ATTACHMENT B
**Particular Thing to be Seized**

The following items from the person of DANIEL FAGALUA MAUMAU:

- DNA via four oral buccal swabs